## POLK'S LESSEE v. MINNER and THORN.

Supreme Court. Sussex. October, 1794.

*Bayard's Notebook, 77.**

Upon a common rule to take depositions, notice had been given to Minner, the tenant in possession, but none to Thorn, the landlord. For want of notice to Thorn the depositions were objected to; and the Court ruled that notice should have been given of the taking of the depositions to the landlord; and not having been given, the depositions could not be read.

*Peery, Wilson* and *Miller* for plaintiff. *Ridgely, Vining* and *Bayard* for defendant.